UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MCARTHUR WALKER,<br><br>      Plaintiff,<br><br>v.<br><br>RYDER INTEGRATED LOGISTICS, INC.,<br><br>      Defendant. | Case No. 24-cv-11487<br><br>Honorable Robert J. White |

**ORDER GRANTING PARTIES' AGREED-TO MOTION FOR A STAY AND REFERRAL FOR A SETTLEMENT CONFERENCE**

This matter is before the Court upon the parties' agreed-to motion to stay the discovery and dispositive motion deadlines and refer the matter for a settlement conference with Magistrate Judge Elizabeth A. Stafford. (ECF No. 24). The Court, finding good cause for a stay and being otherwise informed regarding the premises;

HEREBY ORDERS that parties' motion (ECF No. 24) is GRANTED.

IT IS FURTHER ORDERED that this matter is referred to Magistrate Judge Elizabeth A. Stafford for a settlement conference.

IT IS FURTHER ORDERED that the discovery and dispositive motion deadlines are stayed until completion of the settlement conference with Magistrate

Judge Elizabeth A. Stafford.  If the matter remains unresolved, the parties shall request a conference with the Court to schedule new deadlines.

    SO ORDERED.

Dated: August 14, 2025                                s/Robert J. White  
                                                            Robert J. White  
                                                            United States District Judge